1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax:  626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiffs
   J & J Sports Productions, Inc.

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9                       SACRAMENTO DIVISION

10

11 J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 2:10-cv-03021-LKK-JFM

12          Plaintiff,

13       vs.                                 PLAINTIFF'S *EX PARTE*
                                             APPLICATION FOR AN ORDER
14 ANTHONY WAYNE ALLEN MANNOR,               VACATING THE INITIAL
   et al.                                    SCHEDULING CONFERENCE; AND
15                                           ORDER

16          Defendant.

17

18     TO THE HONORABLE LAWRENCE K. KARLTON, THE DEFENDANT, AND HIS

19 ATTORNEYS OF RECORD:

20     Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial

21 Scheduling Conference in this action, presently set for Monday, March 28, 2011 at 3:00 P.M. This

22 request will be, and is, necessitated by the fact that Defendant Anthony Wayne Allen Mannor a/k/a

23 Anthony W. Mannor, individually and d/b/a Finnegan's Pub & Grill is in default and Plaintiff's

24 Application for Default Judgment is currently pending before this Honorable Court.

25     As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

26 pleading from the Defendant.  As a result, Plaintiff's counsel has not conferred with the Defendant

27 concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

28 case itself or the preparation of a Joint Scheduling Conference Statement.

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial

2    Scheduling Conference presently scheduled for Monday, March 28, 2011 at 3:00 P.M. in order that

3    Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4    disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7                                                           Respectfully submitted,

8

9

10   Dated: March 11, 2011                    */s/ Thomas P. Riley*

11                                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                       By: Thomas P. Riley
12                                                     Attorneys for Plaintiff
13                                                     J & J Sports Productions, Inc.

14

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:10-cv-03021-LKK-JFM
PAGE 2

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:10-cv-03021-LKK-JFM styled *J & J Sports Productions, Inc. v. Anthony Wayne Allen Mannor, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  March 15, 2011
///
///
///
///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 2:10-cv-03021-LKK-JFM
PAGE 3

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 11, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Anthony Wayne Allen Mannor (Defendant)
6252 Pacific Avenue
Stockton, CA 95207

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 11, 2011, at South Pasadena, California.

Dated:  March 11, 2011                                     */s/ Maria Baird*
                                                                    **MARIA BAIRD**